[ ASPINWALL v. EVENS ]

Peter Aspinwall of Boston plaint. cont^a In° Evens sometime of Boston Defend^t in an action of the case concerning a parcel of goods left in the hand of the s^d Peter Aspinwall for the benefit of the Children belonging to the said In° Evens to the value of fourteen pounds and five Shillings w^ch Estate of goods is in part laid out for the bringing up of the Children and Clothing of them Suitably which the s^d Evens hath neglected to pay and for all due damages. . . . The Iury . . . found for the plaint. the goods Sued for to value of fourteen pound five Shillings and costs of Court Allowed Seventeen Shillings two pence.

Execucion issued. 5° Feb^r 1678.


PURKIS agt. CURWIN &^a

George Purkis Attourny of Lawrence Baskervyle plaint. cont^a the goods or Estate late belonging unto Iohn Winder Merch^t in the hands of Iohn Palmer who married w^th Sarah the Relict & Adm^x of the Estate of the s^d Winder or wheresoever else it may bee found And the goods or Estate late [ 555 ] Belonging unto Robert Gibbs Merch^t in the hands of Ionathan Curwin who married with Elizabeth the Relict & Adm^x of the Estate of the s^d Gibbs; Also Iames Whetcomb Merch^t them or either of them Defend^ts in an Action of the case for not paying the Summe of £134:10:8. sterling money due by bond under the hands & Seales of the s^d Winder, Gibbs and Whetcomb dated. 19° Feb^r 1663. wherein they stand jointly and severally bound for the Summe afores^d w^th all other due damages: . . . The Iury . . . found for the Defend^ts costs of Court.

[ See Purkis v. Winder, session of 29 April, 1679, p. 1002, below.]